# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  1:10CV493 |
| | : | Magistrate Judge Dlott |
| Petitioner, | : | |
| | : | |
| v. | : | NOTICE OF DISMISSAL PURSUANT |
| | : | TO RULE 41(a)(1) OF THE |
| JANIE M. CARR, | : | FEDERAL RULES OF CIVIL |
| | : | PROCEDURE |
| Respondent. | : | |

Now comes Petitioner, the United States of America, who hereby gives notice that it is voluntarily dismissing its Petition against Respondent herein pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure.  This dismissal is without prejudice.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Adam L. Wright
ADAM L. WRIGHT (0082925)
Assistant U.S. Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513)684-3711/fax (5l3)684-6972
Email: Adam.Wright@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure was served this 15th day of September, 2010, U.S. pre-postage paid mail to:

Janie Carr
9328 Dick Road
Harrison, Ohio 45030-9790

                                                s/Adam L. Wright
                                                ADAM L. WRIGHT
                                                Assistant United States Attorney